**FILED**

JUL 0 2 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **WC7CR114** |
| Plaintiff, | * | <u>INFORMATION</u> |
| VS. | * | [Vio: 29 U.S.C. 439(c) – Falsification, Concealment or Destruction of Financial Records Required Kept by Labor Union in Private Sector] |
| JOSE OCASIO, | * | |
| Defendant. | * | |

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information, the National Association of Letter Carriers Union (NALC), Local Branch 404, was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. On or about February 25, 2004, in the Western District of Texas, the Defendant,

**JOSE OCASIO,**

did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the treasurer's financial records, a record on matters required to be reported in the annual financial report of the National Association of Letters Carriers Union and required to be filed with the Secretary of Labor, in violation of Title 29, United States Code, Section 439(c).

JOHNNY SUTTON
United States Attorney

By: _____
    GREGORY S. GLOFF
    Assistant U. S. Attorney

SEALED \_\_\_\_\_
UNSEALED X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: 07-02-2007    MAG CT. # _____    CASE NO. **WC7CR114**

COUNTY: McLENNAN

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY            GREGORY S. GLOFF

DEFENDANT: JOSE OCASIO            DOB: _____

CITIZENSHIP:        United States  X       Mexican \_\_\_\_\_       Other _____
INTERPRETER NEEDED:   Yes \_\_\_\_\_         No  X         Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail  NO      WHERE: _____
                On Bond  NO

PROSECUTION BY:    INFORMATION  X       INDICTMENT \_\_\_\_\_

OFFENSE: (Code & Description) 29 U.S.C. 439(c) – Falsification, Concealment of Destruction of Financial Records Required Kept by Labor Union in Private Sector

OFFENSE IS:     FELONY _____       MISDEMEANOR  X

MAXIMUM SENTENCE: Not more than 1 year custody; not more than $10,000 fine; $25 special assessment;

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR

REMARKS: ███████████████████